Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:    (415) 255-0462
Facsimile:    (415) 431-4526

Counsel for Plaintiffs
THOMAS JACKSON, EMMA JACKSON,
TJ AUTO BODY SERVICES, INC., dba
"TJ ENTERPRISES"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC., dba "TJ ENTERPRISES", <br><br>        Plaintiffs, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVEN EASON, <br><br>        Defendants. | No.   C-14-0250-LKK-AC <br><br> **ORDER GRANTING REQUEST FOR CONTINUANCE** <br><br> **[Jury Trial Demanded]** |

Good cause appearing, it is hereby ordered as follows:

The status conference is continued from April 7, 2014, to June 2, 2014 at 1:30 p.m..

Status reports shall be filed fourteen (14) days prior to the status conference.

**IT IS SO ORDERED.**

Date:   April 2, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER
*Jackson, et al., v. Farmers, et al.*                                                                                14TJP003POrder