UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC., dba "TJ ENTERPRISES",, <br><br> Plaintiffs, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVE EASON, <br><br> Defendants. | No.  CIV. S-14-250 LKK/AC <br><br><br> **ORDER** |

A status conference had previously been set herein on April 7, 2014 at 3:00 p.m. By request of the plaintiffs, it was continued to June 2, 2014 at 1:30 p.m. In the order granting the continuance, the court directed the parties to file their status reports fourteen (14) days prior to the status conference. (ECF No. 7.)

Plaintiffs have failed to file a status report. It is also unclear whether defendants Farmers Insurance Exchange, Truck Insurance Exchange, Bruce H. Bailey, James Gillis, and Steven

1

Eason have been served, as no proof of service has been filed, none of the defendants has yet made an appearance, and no attorney of record for any defendant is registered with the court's Electronic Case Filing system.

In light of the foregoing, the court hereby orders as follows:

[1] Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing, within seven (7) days of docketing of this order, as to why sanctions, including a fine of $250 and potentially including dismissal of this action with prejudice,[1] should not issue in accordance with Local Rule 110.

[2] The status conference herein, currently set for June 2, 2014 at 1:30 p.m., is CONTINUED to August 4, 2014 at 3:00 p.m. Parties are to file status reports fourteen (14) days prior to the status conference.

[3] Plaintiffs are DIRECTED to serve defendants with process and a copy of this order no later than twenty-one (21) days from the date this order is docketed.

IT IS SO ORDERED.

DATED: May 29, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] See Fed. R. Civ. P. 41(b); Link v. Wabash R.R., 370 U.S. 626, 633 (1962) ("[W]hen circumstances make such action appropriate, a District Court may dismiss a complaint for failure to prosecute even without affording notice of its intention to do so or providing an adversary hearing before acting.").

2