UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC., dba "TJ ENTERPRISES",, <br><br> Plaintiffs, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVE EASON, <br><br> Defendants. | No.  CIV. S-14-250 LKK/AC <br><br><br> **ORDER** |

The court previously ordered counsel for plaintiffs to show cause in writing why sanctions (including a monetary fine and potentially including dismissal of this action with prejudice) should not issue for his failure to timely file a status report, or, evidently, to serve the defendants. (Order, May 30, 2014, ECF No. 8.)

Plaintiffs' counsel filed a response to the order to show cause. (ECF No. 9.) Having reviewed it, the court finds that dismissal is not warranted, but does hereby SANCTION counsel for plaintiffs, Russell A. Robinson, in the amount of two hundred and

1

fifty dollars ($250.00), payable to the Clerk of the Court within fourteen (14) days of docketing of this order.

IT IS SO ORDERED.

DATED:   June 11, 2014.

*[Signature: Lawrence K. Karlton]*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT