1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES", <br><br>  Plaintiffs, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40, <br><br>  Defendants. | CASE NO.  2:14-CV-00250-WBS-AC <br><br> **ORDER GRANTING STIPULATION TO EXPEDITE DISCOVERY** <br><br> Complaint Filed:  January 27, 2014 |

EAST\79708935.1

The Court, having read and considered the parties' Stipulation to Expedite Discovery, and good cause appearing, hereby orders as follows:

1) That the Stipulation to Expedite Discovery is granted as it would be most efficient for the parties to continue discovery from where it left off in *Jackson I*;

(2) That all of the discovery in *Jackson I* be treated as though it occurred in this current action; and

(3) That the parties are free to conduct all forms of additional discovery in this action immediately.

**IT IS SO ORDERED.**

Dated: August 7, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EAST\79708935.1