# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES",<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, STEVEN EASON, and DOES 1-40,<br><br>Defendants. | CASE NO.  2:14-CV-00250-WBS-AC<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:    January 27, 2014 |

EAST\80142187.1

Defendants FARMERS INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVEN EASON, and Plaintiffs THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC. dba "TJ ENTERPRISES" (collectively, the "Parties") submitted a Joint Stipulated Protective Order for consideration. For good cause appearing therefore, the Joint Stipulated Protective Order of the Parties is hereby approved.

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

Dated:  August 12, 2014            **DLA PIPER LLP (US)**

By /s/ Sean R. Crain
_____
JEFFREY A. ROSENFELD
MONICA D. SCOTT
SEAN R. CRAIN
Attorneys for Defendants
FARMERS INSURANCE EXCHANGE,
BRUCE H. BAILEY, JAMES GILLIS and
STEVEN EASON

-1-

EAST\80142187.1