UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo

| | |
|---|---|
| THOMAS JACKSON, EMMA JACKSON, TJ AUTO BODY SERVICES, INC., dba "TJ ENTERPRISES",<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, BRUCE H. BAILEY, JAMES GILLIS, and STEVEN EASON,<br><br>Defendants. | CIV. NO. 2:14-00250 WBS AC<br><br>ORDER |

----oo0oo----

In their Complaint, plaintiffs assert their second claim for breach of contractual duty and third claim for breach of the implied covenant of good faith and fair dealing against all defendants. (Docket No. 1.) The individual defendants, Bruce H. Bailey, James Gillis, and Steven Eason, move to dismiss those two claims. (Docket No. 18.) Plaintiffs filed a statement of non-opposition, indicating that they intended to assert those claims against only defendant Farmers Insurance Exchange and that

1

1  the naming of the individual defendants was inadvertent.  (Docket
2  No. 23.)
3          IT IS THEREFORE ORDERED that the individual defendants'
4  motion to dismiss plaintiffs' second and third claims against
5  them be, and the same hereby is, GRANTED and plaintiffs' second
6  and third claims as against the individual defendants are
7  dismissed with prejudice.  The hearing set for September 8, 2014
8  at 2:00 p.m. is VACATED.
9  Dated:  August 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2