UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON, ET AL., | No. 2:12-cv-01020-WBS-AC |
| Plaintiffs, | No. 2:14-cv-00250-WBS-AC |
| v. | |
| FARMERS INSURANCE EXCHANGE, ET AL., | ORDER |
| Defendants. | |

On October 22, 2014, the court held a hearing on defendants' motion to hold plaintiffs' counsel in civil contempt and enforce the Rule 37 sanctions order previously entered in Case No. 2:12-cv-01020-WBS-AC ("Jackson I"). Jackson I, ECF No. 77.[1] Russell Robinson appeared for plaintiffs and Monica Scott appeared for defendants.

In Jackson I, plaintiffs' counsel was ordered on March 25, 2013 to produce certain discovery documents and to pay monetary sanctions in the amount of $3,268 within fourteen days. Jackson I, ECF No. 68. Defendants' motion recounts their counsel's unsuccessful efforts to collect the sanctions owed. Plaintiff's counsel acknowledges that he has never submitted the required payment to defendants' counsel.

---

[1] Defendants' motion seeking enforcement of the Jackson I sanctions order was originally filed in Case No. 2:14-cv-00250-WBS-AC ("Jackson II"). See Jackson II, ECF No. 26. The court sua sponte re-docketed the motion in Jackson I.

1

1   Moreover, the undersigned notes sua sponte that on June 13, 2014 in Case No. 2:14-cv-
2   00250-WBS-AC ("Jackson II"), plaintiffs' counsel was sanctioned $250 by the district judge for
3   his failure to timely file a status report.  Jackson II, ECF No. 10.  This amount, which counsel was
4   ordered to pay to the Clerk of the Court within fourteen days, has never been paid.  Plaintiffs'
5   counsel acknowledges his failure to pay.

6   Mr. Robinson's history of disregarding court orders and failing to pay sanctions as
7   directed is indisputable.  However, in light of his expressed willingness at the hearing to pay the
8   outstanding sanctions forthwith, the undersigned will reserve ruling on the motion to hold counsel
9   in civil contempt.  Accordingly, IT IS HEREBY ORDERED as follows:

10  1. By close of business on Wednesday, October 29, 2014, plaintiff's counsel Russell
11     Robinson shall pay to defendants' counsel the sanctions previously ordered in Case
12     No. 2:12-cv-01020-WBS-AC, and file proof of same;
13  2. By close of business on Wednesday, October 29, 2014, plaintiff's counsel Russell
14     Robinson shall pay to the Clerk Of Court the sanctions previously ordered in Case No.
15     2:14-cv-00250-WBS-AC;
16  3. By close of business on Wednesday, October 29, 2014, plaintiff's counsel Russell
17     Robinson shall file in both of these related cases an affidavit under penalty of perjury
18     stating that both payments have been made and were not billed to plaintiffs.
19  4. Failure to pay all outstanding sanctions by this deadline will result in the certification
20     of facts regarding contempt to the district judge pursuant to 28 U.S.C. § 636(e), and
21     issuance of an order to show cause before the district judge why Mr. Robinson should
22     not be held in contempt.

23  DATED: October 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE