# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THOMAS JACKSON, et al., | CASE NO. 2:14-CV-00250-WBS-AC |
|---|---|
| Plaintiffs, | **ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| FARMERS INSURANCE EXCHANGE, et al., | Complaint Filed: January 27, 2014<br>Trial Date: December 15, 2015 |
| Defendants. | |

EAST\97591927.1

The Court, having read and considered the parties' Stipulation to Modify Scheduling Order, ECF No. 51, and good cause appearing, hereby orders that the Stipulation to Modify Scheduling Order is approved, and orders as follows:

(1) That the deadline to disclose and produce rebuttal expert reports be continued from May 1, 2015, to June 5, 2015;

(2) That the deadline for all discovery to be "completed" pursuant to the Court's Scheduling Order be continued from June 5, 2015, to July 6, 2015; and

(3) That no other dates in the Scheduling Order will be affected.

**IT IS SO ORDERED.**

DATED: April 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

EAST\97591927.1